

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

HAROLD LESLIE CLARRETT, JR.,          §

              Appellant,          §

v.          §

THE STATE OF TEXAS,          §

              Appellee.          §

§

No. 08-12-00214-CR

Appeal from the

416th District Court

of Collin County, Texas

(TC#416-81601-2011)

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 12TH DAY OF FEBRUARY, 2014.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.